# Exhibit II

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Black Youth Project 100; New Orleans Workers' Center for Racial
Justice; American Civil Liberties Union of Louisiana; Louisiana
Chapter of the National Lawyers' Guild,

                                        Plaintiffs,

                        -vs-

City of Baton Rouge; Baton Rouge Police Department; Carl Dabadie,
Jr., in his official capacity as Chief of the Baton Rouge Police
Department; Louisiana State Police; Louisiana Department of Public
Safety; Col. Michael Edmonson, in his official capacity as
Superintendent of the Louisiana State Police; East Baton Rouge
Sheriff's Department; Sid J. Gautreaux III, in his official capacity as
Sheriff of the East Baton Rouge Sheriff's Department; Jeff Landry, in
his official capacity as Attorney General of the State of Louisiana; Kip
Holden in his official capacity as the Mayor-President of East Baton
Rouge Parish; Hillar C. Moore, III, in his official capacity as District
Attorney for East Baton Rouge Parish; Department of Public Safety
(Louisiana State Police)

                                        Defendants.

CIVIL ACTION
NO.:

**Motion for Temporary
Restraining Order and
Preliminary Injunction**

*Oral Argument Requested*

## DECLARATION OF EMILY FAYE RATNER

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Emily Faye Ratner. I am a resident of New Orleans, Louisiana. My date of
   birth is November 27, 1982. I am competent to give this declaration.

2. I am an attorney admitted to practice law in the State of Louisiana, the Eastern District of
   Louisiana, and the Middle District of Louisiana. My Louisiana Bar Number is 35289.

3. I have served as a Legal Observer with the National Lawyers Guild since 2009.

4. On Sunday, July 10, 2016, I drove to Baton Rouge to act as a Legal Observer with the
   National Lawyers Guild during protests of the death of Alton Sterling. I wore a neon
   green National Lawyers Guild Legal Observer baseball cap to clearly identify myself as a
   Legal Observer.

5. On the afternoon of July 10, 2016, I was walking alongside of several hundred protestors
   as they marched on Government Street toward East Street. When the protestors reached
   East Street, they were blocked by police. I believe these officers were members of the
   Baton Rouge Police Department. The police insisted that the protestors turn off

Government Street onto East Street. I heard one officer explain that the protestors could be on East Street, but they could not block Government Street because it is a main street. After extensive discussion among the protestors, they chose to turn onto East Street.

6. After turning onto East Street, the protestors marched to the intersection of East Street and France Street (one block away from Government Street), where they began to discuss the next step the march would take. During this time I heard vigorous discussion among the protestors as well as chanting. I did not witness anyone make any threatening action toward law enforcement or civilians. I did not witness anyone throw anything at law enforcement or civilians.

7. During the time we were in the intersection of East Street and France Street, it did not appear to me that any civilians were blocking traffic on those streets. Police had blocked off Government Street, so cars could not turn onto East Street from Government Street, and police had also used vehicles to block off East Street beyond France Street. The situation looked entirely peaceful as far as the conduct of the protestors.

8. Eventually, a significant number of police officers appeared in riot gear on France Street. They wore riot masks over their faces and carried large shields. They appeared to be in a military formation, standing in two long columns. A tank or some sort of large black militarized vehicle also appeared with them. I could not tell what law enforcement agency these individuals belonged to. Their uniforms were black. There were others standing with them who appeared to be wearing drab-colored fatigues. Some of the officers wore gas masks.

9. East Street is a fairly wide street at this location. A neutral ground or median runs down its center. When the police appeared, many of the protestors pulled back to the neutral ground or opposite side of the neutral ground in East Street. Protestors also stood on the sidewalk and on France Street on the other side of the intersection.

10. I watched the officers in riot gear march forward and then form a line to fill the width of France Street. At this time, I was standing on the sidewalk of France Street, occasionally standing in the street to get a better view of the officers. From what I could see, the section of France Street behind me had not been closed or blocked off by either police or protestors. There simply was not traffic on the street.

11. Also at this time, an officer in drab-colored fatigues held a loud speaker-looking device that was oriented in the direction of the protestors. This device emitted a loud siren-type sound. The device continued to emit this sound for an extended period of time – perhaps half an hour or longer, with very occasional breaks.

12. While I was standing on the sidewalk of France Street, all of a sudden the protestors who were standing between the police and me turned and began to run toward me. I did not see what caused them to run. I also ran and ducked behind a tree to avoid the crowd, and as I was ducking behind the tree I heard the sound of some sort of collision, as if someone had fallen very hard on the pavement. When I looked in the direction of the

2

sound, I saw a Black man lying face-down on the pavement. He was wearing grey suit pants and a formal white shirt and tie. At least one and I believe two officers were on top of him. Based on the sound I heard and the man's position as well as the force of the officer or officers on top of him – and how quickly they were on top of him – it was clear to me that he had been tackled face-first into the pavement. The officers then handcuffed him, I believe with a plastic zip-tie, and carried him off. This occurred in the middle of France Street, very close to East Street. I do not know where this man was standing when the officers first began pursuing him.

13. Between the time that the officers first lined up on France Street and the time this man was tackled, I do not recall hearing any instruction by law enforcement to clear the street, or any instruction about where people could or could not be standing.

14. After the officers collected the man in the suit, they moved back to their formation on France Street.

15. A woman, who I later learned was named Lisa, began encouraging protestors to come into the yard of her home. She lives in a house on the corner of East and France Streets. Her yard wraps from East Street around to France Street. She and two other women – who both called the yard "our" yard, which makes me believe they also lived there – explained that we were all welcome to come into their yard. She requested that individuals coming into the yard not jump over her fence. While some protestors did jump the fence, they stopped doing that immediately once the residents and other protestors explained that the residents of the home did not want them jumping the fence, and further explained how to enter the yard without jumping the fence.

16. I entered the yard with the protestors through a section of the yard on France Street where there is no fence. Everyone in the yard was very peaceful, and tried to be very respectful of the homeowner. They picked up after themselves and respected the residents' requests that they not stand on the porch and not attempt to enter her home.

17. While in the yard, the protestors chanted in the direction of the police. At one point, the homeowner heard a chant she did not like. (I could not hear the nature of this chant.) She asked loudly for people to stop saying that chant, and the protestors quickly told one another to end the chant, which they promptly did.

18. Because the layout of the yard and fence was somewhat confusing, occasionally individuals would continue to jump over the fence. In order to make clear the wishes of the residents of the home, protestors began chanting "Come into the yard! Don't jump over the fence!" This chant seemed to sufficiently communicate the residents' wishes, and the fence-jumping appeared to end.

19. After we had been in the yard for an extended period of time – perhaps an hour and a half or two hours – the police advanced into the intersection of East and France Streets. Using a loudspeaker, they informed protestors that if they were in the street or on the sidewalk, they would be arrested.

3

20. At this time, some protestors became very afraid they would be tear gassed. They began to ask me and other Legal Observers how they could safely exit the situation, but we did not know how to answer their question. We were texting with other Legal Observers and people attempting to negotiate with the police, but no one could tell us how people could safely exit without risking arrest. The police did not explain over their loudspeaker how people could safely leave without facing arrest. Based on what I could see and the texts I was receiving from other Legal Observers, it seemed that we were surrounded by police and there was no egress where one might not face being tackled and/or arrested.

21. Once virtually everyone that I could see was in the yard instead of on the street or sidewalk, the police again instructed everyone to disperse. Protestors called loudly to the police, explaining that the residents of the home had given permission for them to peacefully protest there. Over the loudspeaker, an officer responded by saying "Where you're standing isn't good enough."

22. The line of police then advanced to the edge of the sidewalk and the residents' property. At this point I was standing next to the residents' home, on the France Street side, directly adjacent to the porch. I was able to see at least 40 officers. I did not know it at that time, but based on video I have since seen, there were far more than 40 officers there.

23. The porch was within my field of vision, and suddenly two young Black men came off the porch. Based on the angle and speed at which they came off the porch, it appeared to me that they had been pushed hard off the porch. I was not able to see them being pushed, or who had pushed them. These individuals fell hard onto a couple of us, and then after righting themselves immediately began running. Based on how quickly they began running as well as their panicked expressions, I believe they were likely pushed off the porch by law enforcement officers, or that they saw that law enforcement officers had begun advancing on the porch, and ran for that reason.

24. Because more people seemed to be getting pushed off the porch, I backed up away from the porch, continuing to stand in the yard next to the France Street side of the house. There were very many officers advancing toward us, and I was backing away, watching the officers and lightly touching the side of the house to keep my balance as protestors ran past me. At about this time, I noticed that officers in all black and riot gear also appeared to be lined up on the France Street side of the property, and advancing from that direction.

25. People began running on the France Street side of the house toward the back of the property where the fence ended. From there they were entering France Street and running in the opposite direction of the advancing police. I got as close to the house as I could to avoid being knocked over or otherwise injured in the panic.

26. At about this time I was shoved hard from behind, and nearly fell on the ground. When I turned, I could see that an officer in a black uniform but not wearing a riot mask had shoved me. He was with two other officers – one in black and one in green, whose shirt

4

said "SHERIFF". They appeared to have exited from a door on the France Street side of the house.

27. The other officer wearing black then shoved a woman named Shannon, who was Legal Observing with me. Shannon's back was to the officer at the time he shoved her, and he easily could have passed to either side of her. It was entirely unclear to me why he chose to shove her instead of going around her. Similarly, when I was shoved, the officer who shoved me immediately moved in the opposite direction of me, so it is unclear to me why he needed to first shove me and then turn around and go the opposite way.

28. The officer who had shoved Shannon then seemed to advance toward her, but then in fact went around her and grabbed a young Black man, throwing him onto a vehicle parked behind the house. He and the other officers then arrested this individual. I do not recall what this individual was wearing, but Shannon filmed the incident with her phone. I did not see this protestor do anything that warranted arrest, and he had clearly been on the private property – where we had permission to be – at the time of arrest.

29. At this point, there was no longer any safe space for people to be. We had been told we could not be in the street or on the sidewalks, and it was clear that the consent of the residents of the property was not sufficient to guarantee our safety. Thus, the crowd began dispersing rapidly, mostly down France Street. The police followed in formation, spreading the entire width of France Street.

30. It looked like the police would pick out an individual by pointing at them and discussing them, and then one or several officers would begin chasing that individual. I witnessed this happen in several instances after I left the yard, but I could not determine why the individuals who were being pursued had been targeted. As far as I could tell, they were simply trying to stay out of the way of the police and trying not to get tackled or arrested. Neither any of these individuals nor anyone else that I witnessed had thrown anything at officers, made any signs of physical aggression, or made any verbal threat toward the officers.

31. I turned onto the first intersection on France Street, back toward Government Street. I do not know the name of the street, but there is a McDonald's at this location. Police began chasing people in the McDonald's parking lot, even though these individuals seemed to simply be walking through the parking lot in order to disperse. There were also cars exiting the parking lot. As the police chased people through the lot and around moving vehicles, I stopped to observe because I was concerned someone might get accidentally hit by a moving vehicle.

32. I was particularly concerned that someone might be hit by a moving vehicle in the McDonald's parking lot because the people getting into parked vehicles to drive away were visibly scared and were rushing. Cars were driving fast through the parking lot.

33. While standing on the sidewalk along Government Street adjacent to one of the driveways of the McDonald's, I watched an officer begin to chase a woman out of the

5

parking lot. She seemed to have been simply walking out of the parking lot toward the sidewalk at the time the officer began chasing her. I did not see anything in her behavior that suggested she was doing anything other than leaving in a calm and orderly fashion.

34. As she ran, the woman nearly fell but quickly recovered. She was able to run about several hundred feet – into an active intersection, as far as I could see – at which point the officer stopped chasing her.

35. I was concerned that this woman might be hit by a moving car because the intersection had not been blocked by police or anyone else, and she was looking over her shoulder to watch the officer who was chasing her. Fortunately, she was not hit.

36. During the entire time that I was at the demonstration described above, I never saw or heard anyone throw anything at law enforcement officers or anyone else, make any sign of physical aggression toward any law enforcement officers or anyone else, or make any verbal threats to law enforcement officers or anyone else.

37. Later that night, I went to Airline Highway at the intersection of Goodwood Street, again to Legal Observe. I arrived there at around 10 p.m. also on July 10, 2016.

38. When I arrived, there were about 200-300 protestors on a lot of grass that is adjacent to Airline, Goodwood, and a Shell gas station.

39. This location is across the street from the headquarters of the Baton Rouge Police Department, which is on the other side of Goodwood. The headquarters has a large iron fence around it, and a large grassy area with large trees between the fence and the headquarters building. I could see officers in the shadows of trees, but they did not seem like they were preparing to take any action. There were no officers present at the grassy triangle where the protestors were.

40. Soon after I arrived, protestors began telling me of an arrest they had witnessed shortly before my arrival. Based on what they told me, a young Black man, who they believed was a juvenile, had exited a bus on the opposite side of Airline. He then crossed Airline, carrying a sign, coming to join the protest. As he arrived at the grassy lot, about five officers appeared "out of nowhere" and threw him on the ground. One officer punched him in the face and then he was tased. He was then arrested.

41. During the time I was on the grassy lot, I walked around the perimeter of the group and tried to keep a close eye on whether protestors were staying on the grass as opposed to entering the street. At one point, I did see two individuals enter Airline. One of them, a taller white man with (I believe) tattoos on his arms and very short hair (a "buzz cut" or shaved head) briefly stopped one car. The other protestors immediately began shouting at these two individuals to get out of the street. One woman in particular told them that everyone was trying to stay out of the street and follow the rules so that no one would be arrested, and that they needed to follow the rules if they wanted to be there. The two individuals then quickly exited the street.

6

42. The entire time I was on the grassy lot, I never saw anyone throw anything or make any threats at law enforcement officers or anyone else. I witnessed no physical aggression by civilians whatsoever, aimed at law enforcement or other civilians. I never heard anyone make any verbal threats against law enforcement officers or anyone else. The scene was entirely peaceful and calm, with chanting and discussion.

43. At about 10:40 p.m., I saw two columns of police in riot gear on the Baton Rouge Police Department headquarters property. They began marching across Goodwood next to Airline. By my count there were more than 100 of them. Police vehicles with flashing lights had closed off the side of Airline that we were on (Airline is a two-way street). The police marched until they were parallel to the protestors on Airline. They wore riot masks and had riot shields, and I believe they had batons. They were accompanied by a tank or large black militarized vehicle that appeared to be the same type I had seen earlier at France and East Streets. Protestors continued chanting and shouting, but I did not see any protestors throw anything or make any physical contact with any of the officers.

44. I did not hear any law enforcement officer instruct the crowd to disperse, or give any instructions of any kind. Moreover, none of the people in the crowd were in the street at this time. Additionally, the people working in the Shell gas station had given permission for the protestors to be outside of their store, so there was no issue of trespassing on the grassy lot. (I do not know whether the grassy lot belongs to the owner of the Shell gas station or whether it is public property.)

45. About five minutes after the officers marched to Airline, something happened that caused the protestors to begin running away from the police and toward the Shell gas station. I ducked behind a telephone pole. Protestors and officers in riot gear ran past me. The officers then quickly retreated to their positions on Airline.

46. During the chaos of everyone running, I was not able to see any arrests. However, I learned by text message that a young Black woman had been arrested at this time. I asked other protestors whether they had witnessed any arrests, and learned of another individual, a Black man, who they had seen arrested. I do not know why these individuals were arrested, but I do know that in the entire time I was there, I did not see anyone but the two individuals who entered the street break any laws. And based on the physical descriptions I have heard of the two who were arrested, neither of them are the individuals who entered Airline and briefly disrupted traffic.

47. During the entire time I was at the grassy lot, I never heard any law enforcement officer give the crowd any instructions whatsoever. I never heard any law enforcement officer instruct the crowd to disperse. I never heard any law enforcement officer tell the crowd of any law they were breaking. I was unable to identify any law they could possibly have been breaking.

48. I have consistently acted as a Legal Observer for the National Lawyers Guild since 2009. I have Legal Observed at various locations throughout Louisiana, and have also Legal Observed in Georgia and in Missouri. I have never been as afraid for my physical safety

while Legal Observing as I was on July 10, 2016. I was very afraid that I would be tackled by police or inadvertently injured by fleeing protestors. I was also afraid that I might be arrested, even though I was careful to behave in a lawful fashion. Moreover, my fear significantly affected my ability to act as a Legal Observer. I am now aware that as I was clinging to the side of the home at France and East Streets, people next to me were being tased, tackled, and arrested. However, at the time I was so concerned for my own safety that I have absolutely no visual memory of these occurrences.

49. For the first time since I began Legal Observing, I have had to seriously question whether I will continue to act in that capacity. For the first time, I am acutely aware that by acting as an observer as others exercise their First Amendment right to protest, I may be injured or arrested. Although I am deeply concerned about the possibility of injury or arrest, I intend to keep Legal Observing, including in Baton Rouge, because the behavior I witnessed by law enforcement officers cuts against my understanding of the Constitution as it was taught to me in law school.

50. Additionally, my observations on July 10, 2016, led me to believe that Black people were being disproportionately targeted for arrest. The protestors I saw at both locations, who were majority Black, acted bravely, patiently, and with great respect for one another and the safety of protestors, law enforcement, and nearby civilians. I intend to keep Legal Observing because of the steadfastness and courage of these protestors, and because of my unshakeable belief in their constitutional right to express their opinion about what is happening in and to their community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of July, 2016.

Emily Faye Ratner

# Exhibit JJ

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Black Youth Project 100; New Orleans Workers' Center for
Racial Justice; American Civil Liberties Union of Louisiana;
Louisiana Chapter of the National Lawyers' Guild,

                                             Plaintiffs,

                        -vs-

City of Baton Rouge; Baton Rouge Police Department; Carl
Dabadie, Jr., in his official capacity as Chief of the Baton Rouge
Police Department; Louisiana State Police; Louisiana
Department of Public Safety; Col. Michael Edmonson, in his
official capacity as Superintendent of the Louisiana State Police;
East Baton Rouge Sheriff's Department; Sid J. Gautreaux III, in
his official capacity as Sheriff of the East Baton Rouge Sheriff's
Department; Jeff Landry, in his official capacity as Attorney
General of the State of Louisiana; Kip Holden in his official
capacity as the Mayor-President of East Baton Rouge Parish;
Hillar C. Moore, III, in his official capacity as District Attorney
for East Baton Rouge Parish; Department of Public Safety
(Louisiana State Police)

                                             Defendants.

CIVIL ACTION
NO.:

**Motion for Temporary
Restraining Order
and Preliminary
Injunction**

*Oral Argument
Requested*

## DECLARATION OF LILY ANN RITTER

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Lily Ann Ritter. My date of birth is January 15, 1993. I work for the
   ACLU of Louisiana as the Intake and Outreach Associate.

2. I attended a protest in Baton Rouge on July 6, 2016 outside of Triple S
   Convenience Store. I attended as a trained Legal Observer for the ACLU of
   Louisiana. To identify myself as a Legal Observer, I wore a blue ACLU of
   Louisiana vest which had the words "Legal Observer" printed on the front and
   back. The protest was peaceful and there was no presence of law enforcement.

3. I also attended a protest in Baton Rouge on July 10, 2016. I attended as a trained
   Legal Observer for both the National Lawyers Guild and the ACLU of Louisiana.
   To identify myself as a Legal Observer, I wore a bright green hat which had the
   words "National Lawyers Guild" printed on it and a blue ACLU of Louisiana vest
   which had the words "Legal Observer" printed on the front and back.

4. On July 10, 2016, I was legal observed a youth march which ended at Wesley
   United Methodist Church at approximately 5:30pm. I was helping to manage the

crowd at the end of the march, when it was communicated to me that there was a need for Legal Observers at Government St. and East Blvd.

5. I ran to Government St. and East Blvd., where there were several police cars that said Baton Rouge Police Department blocking the intersection. There were many police officers were standing in the intersection outside of their cars and there was a large crowd of people peacefully standing and milling about in the street.

6. The Baton Rouge police officers announced that they were going to start arrests in about 10 minutes if people didn't get out of the street.

7. I approached several protesters to try and spread this information. Most, but not all, of the protestors I approached did move onto the sidewalks after I told them this.

8. I was standing on East Blvd. between Government St. and France St. when I witnessed the police arrest a Legal Observer across the street from me. The Legal Observer was wearing a green NLG hat, standing on the sidewalk, and writing in his notebook. Police officers approached him and handcuffed him. This made me very afraid about my role as a Legal Observer.

9. A few minutes later, a large force of police in riot gear arrived with an armored vehicle at the intersection of East St. and France St. The fact that they were wearing riot gear made me feel very scared. It seemed inappropriate to wear to a non-violent protest. It made me worried that people would not be comfortable continuing to exercise their right to protest. The riot gear also made me fear that the situation would rapidly become unsafe.

10. The vehicle that the officers brought was blaring a very loud noise that sounded like siren. Three of the officers stationed in the front left of the force were wearing dark forest green shirts and pants and had AK 47s. I do not think that they were Baton Rouge police.

11. A few police officers started entering the crowd, which caused protesters to try and run in the opposite direction. I turned right on the corner of East Blvd. and France St. and started running down the sidewalk on France St. towards Maximillian St.

12. I observed a police officer tackle a light-skinned Black man wearing light colored suit pants and a formal button-down shirt and force him down on the ground. He was then handcuffed and arrested. The force they used seemed very excessive. I did not see him try to resist arrest in any way and was unsure why he was pushed to the ground. It seemed that he had been targeted.

13. Many people were trying to flee this scene. However, after seeing the man get arrested on France St., they froze in place and did not continue in that direction.

As a result, several people gathered on the southwestern corner of East Blvd. and France St., in the yard of a private residence. It appeared to me that these people wanted to leave the scene but that there was nowhere they could go that the police weren't obstructing.

14. Several people yelled into the crowd that the woman who lived there was giving protesters permission to be on her property.

15. I returned to East Blvd. between Government St. and France St., where I remained while a long standoff took place. Protesters were peacefully chanting and shouting in the yard of the private residence and police in riot gear were stationed across the street.

16. I noticed a suspicious-looking large white man standing right next to us, videotaping the entire thing. I believe he may have been an undercover agent.

17. At several moments during this period police officers used a bullhorn or some other type of sound-amplifying device to order anyone in the street to get out of the street. I also heard them announce that "this is no longer a lawful assembly."

18. The officers were speaking through their gas masks, so it was very difficult to understand what they were saying. I frequently turned to people around me to ask if they had heard what the officers said.

19. I also heard police officers tell people that they needed to disperse several times. However, police were blocking all surrounding intersections and there was nowhere for people to go. Protestors who wanted to leave were not able to do so.

20. At one point, a small group of people arrived at the scene and began standing in the neutral ground. I was standing on the sidewalk across the street from them. They made eye contact with me, and asked if they were allowed to stand in the neutral ground. I told them that they legally should be able to, as it is public property, but that I could not guarantee that the actions of law enforcement wouldn't violate their rights.

21. During this time, several more police officers showed up at the intersection of Government St. and East Blvd. I noticed two officers there with darker blue uniforms on who had bright orange canisters slung over their shoulders.

22. At one point, a young Black man crossed the street with his arms raised above his head to retrieve his jacket which had been left in the street. He walked very slowly and did not turn his back on the police officers.

23. After a while, a large gas tanker truck showed up at the intersection of Government St. and East Blvd. It looked like it wanted to drive town East Blvd. but was not able to.

24. At one point, several protesters started fleeing down France St. away from where the officers were stationed. I turned and ran down Government St. away from East Blvd.

25. While I was standing in a parking lot in front of a former law office on Government St., another large force of police in full riot gear started moving down East Blvd. from the intersection with Government St.

26. At this point I started retreating backwards through the parking lot on Government St. I tried to cross St. Joseph St., but the path was blocked by the same large gas tanker truck I observed earlier. There was also a large towing company truck that showed up in the vicinity at the same time.

27. After eventually crossing St. Joseph St., I then turned down Napoleon St. towards France St. I returned to Candice's car, which was parked on France St. by the back entrance of Wesley United Methodist Church.

28. I stood outside the car for some time, as there were several protesters fleeing the scene down France St. They said that they had been threatened with arrest.

29. At one point several police officers arrived on France St. One was a female officer in a purple LSU shirt wearing a bulletproof vest and holding an AK 47. They stood in a circle in the center of the street for a few minutes.

30. After the officers left, several of the protestors started a prayer circle outside the parking lot of the church on France St. I observed the prayer circle and spoke with people in the area for a few minutes while waiting for other Legal Observers to meet up with us. I then drove to the hotel where the legal office was headquartered.

31. I strongly desire to continue my legal observing work during the rest of the events in Baton Rouge and do what I can to ensure that the rights of future protestors are respected. However, seeing what unfolded on Sunday, July 10th, 2016 has instilled a sense of fear in me. I cannot honestly say that I would be comfortable attending more of these events as a Legal Observer, or as a private citizen for that matter. I feel that I am not able assert my legal right to stand on the sidewalk and observe the events without fearing for my safety. The intimidating and contradictory actions by law enforcement have had a chilling effect on my behavior.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of July 2016.

Lily Ann Ritter

4 of 4

# Exhibit KK

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

American Civil Liberties Union of Louisiana; Louisiana
Chapter of the National Lawyers' Guild; New Orleans Workers'
Center for Racial Justice; Black Youth Project 100,

Plaintiffs,

-vs-

City of Baton Rouge; Baton Rouge Police Department; Carl
Dabadie, Jr., in his official capacity as Chief of the Baton Rouge
Police Department; Louisiana State Police; Louisinana
Department of Public Safety; Col. Michael Edmonson, in his
official capacity as Superintendent of the Louisiana State Police;
East Baton Rouge Sheriff's Department; Sid J. Gautreaux III, in
his official capacity as Sheriff of the East Baton Rouge Sheriff's
Department; Jeff Landry, in his official capacity as Attorney
General of the State of Louisiana; Kip Holden in his official
capacity as the Mayor-President of East Baton Rouge Parish;
Hillar C. Moore, III, in his official capacity as District Attorney
for East Baton Rouge Parish; Department of Public Safety
(Louisiana State Police)

Defendants.

CIVIL ACTION
NO.:

**Motion for Temporary
Restraining Order
and Preliminary
Injunction**

*Oral Argument
Requested*

## DECLARATION OF COLETTE TIPPY

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Colette Tippy. I was born in New Orleans and returned here after
   Hurricane Katrina.. I am the lead organizer with Stand with Dignity, an
   organizing project of the New Orleans Workers Center for Racial Justice. Stand
   organizes un- and under-employed Black workers in New Orleans.
2. Members of Stand with Dignity have been very interested in speaking out about
   the brutal murder by the Baton Rouge Police Department of a man who was only
   selling CD's.
3. On Sunday, July 10 I was in Baton Rouge for the youth-led march from the
   church to the capital. After the march a crowd of people left the church and
   marched down Government Street.

4. I did not initially follow the protesters. When I looked down the street I saw that the march had stopped at East Street, a few blocks away where the police had set up a blockade.

5. After about 30 minutes, I went down to the place where the march had stopped. When I arrived, the protesters had moved one block down to the intersection of East and France. The police had formed a military type formation on one side of the street while the protesters were on the other side of the street.

6. Several people indicated that everyone should go into the yard of a house that was there. They said that the person who lives there had given permission to be on her property since the police were threatening people with arrest if they were in the streets. Many people also said that the police had indicated that they were planning to release tear gas.

7. I heard a sound cannon device used to attempt to disperse the crowd.

8. I did not see anyone in the crowd being violent or throwing projectiles. People were peacefully assembled with signs and chants as their only weapons while the police had an armored vehicle, full riot gear, and gas masks.

9. Approximately six times, the conduct of the police caused people to begin running, leading to a stampede which could have harmed the children who were present. The police seemed to be intentionally provoking the protesters and were arresting people at random. Those arrested had no intention of being arrested, but rather had come to the action to peacefully protest the murder of Alton Sterling by Baton Rouge Police officers at the triple S gas station earlier in the week.

10. I was at the intersection when the police said rapidly three times that we were ordered to disperse or we would be arrested. People were packed into the yard and some people including myself moved back from the intersection.

11. When I turned back I saw the police with their armored car advancing in a military formation on the protesters. They were shoulder to shoulder as if they were advancing a line in one of the world wars. I did not count them but the line filled the street across and stretched back probably ten rows.

12. I went into the McDonalds where others had taken refuge to watch the movement of the police. The line stood in place for some time.

13. I was with several other people who had traveled from New Orleans for the march and watched as the fear of the militarized police impacted their ability to be present at the action and exercise their rights. As an organizer in New Orleans I have never personally witnessed this level of aggression against people who are peacefully protesting. This level of violence and intimidation restricted freedom of speech, expression, and assembly. I have since seen photos and video of other things that were happening on the front line, including the choking of one person, numerous people being tackled and arrested on the ground, and the raid of the yard where people had gone to comply with police orders to stay off the street and off the sidewalk.

14. I am very concerned for the safety of Stand members. As Black people from New Orleans, many of them have faced the same police harassment and fear of Black bodies that these officers displayed. As a country, as a state, we can do better than this. Members of Stand with Dignity will continue to support our brothers and sisters in Baton Rouge to fight back against systematic police abuse both in

terms of murder as well as the repression of protest and movement. We only hope that the police officers whose salaries we pay, whose uniforms and riot gear we buy, whose armored vehicles are paid for by our tax dollars will begin to systemically treat people as humans, not enemies, to listen to the protest of people who they are supposed to serve and protect- for how can you serve and protect if you do not first listen.

Executed on this 12ᵗʰ day of July 2016.

Colette Tippy