# Exhibit LL

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| American Civil Liberties Union of Louisiana; Louisiana Chapter of the National Lawyers' Guild; New Orleans Workers' Center for Racial Justice; Black Youth Project 100,<br><br>                                             Plaintiffs,<br><br>-vs-<br><br>City of Baton Rouge; Baton Rouge Police Department; Carl Dabadie, Jr., in his official capacity as Chief of the Baton Rouge Police Department; Louisiana State Police; Louisinana Department of Public Safety; Col. Michael Edmonson, in his official capacity as Superintendent of the Louisiana State Police; East Baton Rouge Sheriff's Department; Sid J. Gautreaux III, in his official capacity as Sheriff of the East Baton Rouge Sheriff's Department; Jeff Landry, in his official capacity as Attorney General of the State of Louisiana; Kip Holden in his official capacity as the Mayor-President of East Baton Rouge Parish; Hillar C. Moore, III, in his official capacity as District Attorney for East Baton Rouge Parish; Department of Public Safety (Louisiana State Police)<br><br>Defendants. | CIVIL ACTION NO.:<br><br><br>**Motion for Temporary Restraining Order and Preliminary Injunction**<br><br>*Oral Argument Requested* |

DECLARATION OF CRYSTAL WILLIAMS

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Crystal Williams. I was born December 25, 1987.

2. I attended the marches and protests in Baton Rouge on July 10, 2016.

3. I am a founder and organizer for North Baton Rouge Matters, a grassroots community organization created to stop the violence in our community by providing North Baton Rouge residents with essential resources to cultivate a foundation of trust amongst one another. We strive to provide the community with access to tools to ensure their voices are heard and that success is truly attainable.

4. At the protest I saw massive numbers of police officers from different departments. It looked like there were SWAT teams and police officers that were wearing a lot of armor and with guns, like they were in the military. There were helicopters flying overhead, it was unclear what department they were from.

5. The protests were peaceful when I first arrived at Government St. Myself and other protesters were on the neutral ground and were not obstructing traffic at all. The scene was peaceful until the massive number of police escalated the situation.

6. No one around me was asked to move to the sidewalk. I heard some folks on the neutral ground asking if they could be there. I did not hear the police say anything about obstructing the sidewalk or neutral ground. There were no protesters obstructing the sidewalk or roadway.

7. The police did not tell people to stay out of the road. Police were actually dragging folks into the road to arrest them.

8. I heard police officers tell the crowd "you cannot leave. If you try to step into the street, we will arrest you" when the roadway was not even obstructed.

9. I did not hear the police order people to disperse or threaten arrest if they did not disperse. Even if people wanted to disperse they could not. They were blocked in, surrounded, and bombarded on Government st. Many protesters froze when the police started arresting folks. That is when people went into the lady's yard and froze in place because they didn't know where to go. People were afraid to move or even walk by police arresting others.

10. Not once did I hear the police say that it was an "unlawful assembly." The police did not say much at all. They surrounded us and aggressively moved toward protesters and arrested people. It was more movement than talking.

11. I did not really hear any instructions from the police whatsoever just silence. The police were talking amongst themselves but not to the crowd.

12. I heard a terrifying noise from a large siren. It sounded like a war zone with the police, siren, and helicopters.

13. There was not really any instruction from the police at all. The only instructions that were being given were from the officers arresting people screaming, "Get on the ground! Don't move!" I felt like we were being terrorized because the officers were so aggressive and were wearing gas masks.

14. I saw folks getting arrested. They were in the grass on the yard of a woman who told people they could come stand in her yard to protest and get away from the police. But then the police marched into the yard and pulled people into the street and arrested them.

15. I did not see anyone get injured by a mud... There was a massive amount of excessive force being used by the police against peaceful people.

16. Almost all of the police had AK-47s or assault rifles, or shotguns. They kept their weapons drawn but mostly pointed at ground.

17. The police were most definitely trying to shut down a non-violent protest. That was exactly what happened. I think they did this to scare people to stop them from protesting again.

18. I felt the behavior of the police and the lack of a clear order to disperse prevented me from expressing myself. I felt unsafe and that anything could happen. I felt like I could lose my life. The protesters were peaceful but I felt that if even one person stepped out of line at all that all present would be treated the same. I felt like they would have massacred us.

19. It made me afraid to protest. Seeing the way the police were maneuvering folks caused me to hide, scream out of fear, and finally flee for my safety. I had to run. A peaceful demonstration should never be like that.

20. I am planning to protest again. But I am worried about what could happen. I feel police do not care if we follow the laws or about our civil liberties. They are looking for any reason to arrest, any reason at all.

21. I feel like speech is my most powerful tool to ensure my community and my family are safe. But now I feel totally silenced, like even if I protest peacefully the police will try to silence me.

Executed on this 12th day of July 2016.

*Crystal Williams*

Crystal Williams

22. Our organization will restructure the individuals effected by traumatic experiences caused by the police. To ensure our voices are heard, we will move forward with positive & peaceful demonstrations.

# Exhibit MM

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| North Baton Rouge Matters; Black Youth Project 100 New Orleans; Workers' Center for Racial Justice; American Civil Liberties Union of Louisiana; Louisiana Chapter of the National Lawyers' Guild, Plaintiffs, -vs- City of Baton Rouge; Baton Rouge Police Department; Carl Dabadie, Jr., in his official capacity as Chief of the Baton Rouge Police Department; Louisiana State Police; Louisiana Department of Public Safety; Col. Michael Edmonson, in his official capacity as Superintendent of the Louisiana State Police; East Baton Rouge Sheriff's Department; Sid J. Gautreaux III, in his official capacity as Sheriff of the East Baton Rouge Sheriff's Department; Jeff Landry, in his official capacity as Attorney General of the State of Louisiana; Kip Holden, in his official capacity as the Mayor-President of East Baton Rouge Parish; Hillar C. Moore, III, in his official capacity as District Attorney for East Baton Rouge Parish; Department of Public Safety (Louisiana State Police) Defendants. | CIVIL ACTION NO.: Motion for Temporary Restraining Order and Preliminary Injunction *Oral Argument Requested* |
|---|---|

DECLARATION OF WILLA CONWAY

Pursuant to 28 U.S.C § 1746, I hereby declare as follows:

1. My name is Willa Conway. I was born August 28th, 1988. I work as a philanthropist to support justice work in the United States.
2. I am fully and personally familiar with the facts stated in this Declaration. I make this statement in support of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction filed in federal court to enjoin the city of Baton Rouge, Baton Rouge Police Department, Louisiana State Police, Louisiana Department of Public Safety, East Baton Rouge Sheriff's Department, and East Baton Rouge District Attorney's Office from their ongoing violation of individuals' constitutional rights.
3. The plaintiffs bring this action to challenge the rampant First Amendment violations through the actions of Defendants in Baton Rouge in response to protest activity since Alton Sterling's murder on July 5, 2016.
4. Since Alton Sterling's murder on July 5, 2016, a legal support team, including myself, have been involved to support the work of the local community and their protest activities. I participate to lift up the voices, experiences and social change demands of Baton Rouge residents and seek the immediate end to brutal repression of the community and now peaceful protesters.
5. As a legal support worker in Baton Rouge, I have helped with the legal response to protect members and other individuals who have chosen to mobilize, protest, and express their opinions against oppressive law enforcement and oppressive criminal justice practices. I have helped coordinate the bonding out and criminal defense process for over one hundred (100) unlawfully arrested peaceful

protesters and documented protesters treatment at the hands of the Baton Rouge police and in East Baton Rouge Parish Prison.

6. Since July 10, 2016, I have worked as part of a legal team to support the criminal defense of individuals arrested while protesting in Baton Rouge. As a part of this work, I have spoken with many individuals who engaged in peaceful protest and were arrested by the police in Baton Rouge. I have also spoken with many individuals who were incarcerated due to this activity. I have also spoken with their friends and family.

7. As a part of the legal support team, individuals have described to me what they experienced while peacefully protesting: one hundred riot-geared police officers stand in formation with guns at the front, facing the non-violent protesters who were gathered on a sidewalk and on private property with explicit permission from a property owner; police hold a gun pointed at protesters; police march aggressively toward a crowd of peaceful protesters forcing individuals to run away in order to avoid police arrest, tackling, and violent restraint; police arrest non-violent protesters, including children, indiscriminately; and police grab a protester, push them to the ground, and get on top of protester, injuring protester.

8. As part of the legal support team, I was also helped release a Legal Observer who was arrested while trying to document police abuse on Sunday July 10.

9. I have also spoken with many people upon their release from jail. Through this role, I have heard egregious stories of the misconduct occurring in the jail and directed at protesters. For example, I have heard that:

    * Individuals are being maced or pepper sprayed through their cells for comments or for engaging in protest songs while in prison.
    * Individuals arrested on Sunday were only fed one meal after 24 hours in detention.
    * Two individuals under 18 were held in an adult facility.
    * Protesters were being held in general detention.
    * Approximately 40 to 50 protesters were being held in single small cells, caged together inhumanely.
    * Individuals in need of immediate medical attention were being denied medical attention, including an individual with the symptoms of a concussion, individuals who came into the jail with blood on them, and individuals in need of insulin.
    * A mother and her child were separated, specifically after they asked to be kept in the same cell.
    * Protesters were threatened and harassed, with one report of a sheriff stating "one of you will be shot tonight." Rape threats have also reported rape threats to our legal support team.
    * Individuals are denied one free phone call, and not being read their Miranda rights.

10. Based on the police response to protest, and the conditions in the street, I believe that many individuals may choose not to engage in protest against police brutality. I can see that it has cause significant fear and trauma in communities. I can see especially that communities of color and individuals who are already at

risk of increased criminalization could choose not to participate because of the higher costs of an accidental arrest.

11. I believe that the way the police engages in indiscriminate arrest and police violence against peaceful protesters is violating people's First Amendment rights.

I declare under penalty of perjury, that the foregoing is true and correct.
Executed on this 13th day of July 2016.

Willa Conway

_____
WILLA CONWAY