UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTH BATON ROUGE MATTERS; BLACK YOUTH PROJECT 100; NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE; AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA; LOUISIANA CHAPTER OF THE NATIONAL LAWYERS GUILD** | **CIVIL ACTION NO.:** **3:16-CV-00463-JWD-RLB** |
| **VERSUS** | |
| **CITY OF BATON ROUGE; BATON ROUGE POLICE DEPARTMENT; CARL DABADIE, JR., IN HIS OFFICIAL CAPACITY AS CHIEF OF THE BATON ROUGE POLICE DEPARTMENT; LOUISIANA DEPARTMENT OF PUBLIC SAFETY; LOUISIANA STATE POLICE; COL. MICHAEL EDMONSON, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE; EAST BATON ROUGE SHERIFF'S DEPARTMENT; SID J. GAUTREAUX III, IN HIS OFFICIAL CAPACITY AS SHERIFF OF THE EAST BATON ROUGE SHERIFF'S DEPARTMENT; KIP HOLDEN IN HIS OFFICIAL CAPACITY AS THE MAYOR-PRESIDENT OF EAST BATON ROUGE PARISH; HILLAR C. MOORE, III, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR EAST BATON ROUGE PARISH** | |

## JOINT MOTION TO CONTINUE TRIAL

The Joint Motion of North Baton Rouge Matters; Black Youth Project 100, New Orleans Workers' Center for Racial Justice, American Civil Liberties Union of Louisiana, Louisiana Chapter of the National Lawyers Guild, City of Baton Rouge, Baton Rouge Police Department,

1

Carl Dabadie, Jr., in his official capacity as Chief of the Baton Rouge Police Department, Louisiana Department of Public Safety, Louisiana State Police, Col. Michael Edmonson, in his official capacity as Superintendent of the Louisiana State Police, Sid J. Gautreaux III, in his official capacity as Sheriff of East Baton Rouge Parish, and Kip Holden, in his official capacity as the Mayor-President of East Baton Rouge Parish, appearing herein through their respective undersigned counsel, with respect represents:

I.

On July 13, 2016, plaintiffs filed a Complaint for Declaratory and Injunctive Relief, together with a Motion for Entry of a Temporary Restraining Order and Preliminary Injunction. On July 14, 2016, the Court held an unscheduled status conference at which time trial of the request for a temporary restraining order was set to begin at 9:00 A.M. on Thursday, July 28, 2016. Various other deadlines were fixed by the Court during this status conference.

II.

Movers collectively and respectfully suggest to the Court that the trial of this matter should be continued to a date and time to be fixed by this Court upon motion of any party, and that all deadlines previously fixed by the Court should be vacated.

III.

All movers reserve any and all rights and objections that might be raised in connection with this suit, and without in any way waiving any such rights or objections.

IV.

Movers respectfully request that the Court schedule a telephone status conference at the Court's convenience during the week of August 1, 2016 or as soon thereafter as the Court's schedule will permit.

V.

Counsel for Hillar C. Moore, III, in his official capacity as District Attorney for East Baton Rouge parish, have been consulted regarding this motion and, without submitting to the jurisdiction of this Court, or otherwise waiving any defenses or objections, advise the Court that there is no objection to the Court granting this motion.

WHEREFORE, plaintiffs and defendants jointly move for or consent to the entry of an Order continuing the trial of plaintiffs' Motion for Entry of Temporary Restraining Order until such time as it may be scheduled by the Court upon motion of a party, that all deadlines fixed by the Court during the status conference on July 14, 2016 be vacated and that the Court convene a telephone status conference with the parties during the week of August 1, 2016 or as soon thereafter as the Court's schedule will permit.

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*s/ Ronald L. Wilson*
Ronald L. Wilson (#13575)
701 Poydras Street, Suite 4100
New Orleans, LA  70139
Phone:  504-525-4361
Fax:  504-525-4380
Email:  cabaral2@aol.com

1375587.v1

*s/ Candice C. Sirmon*
Candice C. Sirmon, T.A., #30728
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
Phone: 504-522-0628
Fax: 504-613-6511
Email: csirmon@laaclu.org

*s/ Sima Atri*
Sima Atri, #36792
New Orleans Workers' Center for Racial Justice
217 North Prieur Street
New Orleans, LA 70112
Phone: 504-264-4209
Email: satri@nowcrj.org

**CITY OF BATON ROUGE, BATON ROUGE POLICE DEPARTMENT, CARL DABADIE, JR., IN HIS OFFICIAL CAPACITY AS CHIEF OF THE BATON ROUGE POLICE DEPARTMENT, AND KIP HOLDEN, IN HIS OFFICIAL CAPACITY AS THE MAYOR-PRESIDENT OF THE CITY OF BATON ROUGE AND THE PARISH OF EAST BATON ROUGE**

By: *s/ Tedrick Knightshead*
    Tedrick Knightshead, #28851
    First Assistant Parish Attorney
    Office of the Parish Attorney
    Litigation Division
    222 Saint Louis Street, 9th Floor
    Baton Rouge, LA 70802
    Phone: 225-389-3114
    Fax: 225-389-8736
    Email: knightsheadlaw@gmail.com

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY, LOUISIANA STATE POLICE, AND COL. MICHAEL EDMONSON, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE**

By: *s/ Harry J. Philips, Jr.*
    Harry J. Philips, Jr., Bar #02047
    Taylor, Porter, Brooks & Phillips, L.L.P.
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821
    Phone: (225) 387-3221
    Fax: (225) 346-8049
    Email: skip.philips@taylorporter.com

By: *s/ Preston J. Castille, Jr.*
    Preston J. Castille, Jr., Bar #23448
    Taylor, Porter, Brooks & Phillips, L.L.P.
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821
    Phone: (225) 387-3221
    Fax: (225) 346-8049
    Email: preston.castille@taylorporter.com

**SID J. GAUTREAUX III, IN HIS OFFICIAL CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH**

By: *s/ Mary G. Erlingson*
    Mary G. Erlingson
    Catherine S. St. Pierre
    ERLINGSON BANKS, P.L.L.C.
    One American Place
    301 Main Street, Suite 2110
    Baton Rouge, LA 70801
    Phone: 225-218-4446
    Fax: 225-246-2876
    Email: merlingson@erlingsonbanks.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing was electronically filed in the CM/ECF system and all counsel would therefore receive a copy of the foregoing through that system.  All counsel will be provided with a copy of the foregoing by electronic mail.

Baton Rouge, Louisiana, this 20th day of July, 2016.

*s/ Harry J. Philips, Jr.*
Harry J. Philips, Jr.
