UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**:
October 13, 2016
**DISTRICT JUDGE JOHN W. deGRAVELLES**

| | |
|---|---|
| **NORTH BATON ROUGE MATTERS, ET AL.** | **CIVIL ACTION NO. 16-CV-463-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **CITY OF BATON ROUGE, ET AL.** | **MAG. JUDGE Richard L. Bourgeois** |

The matter came on this day for a telephone status conference. Counsel for all parties were present on the conference call.

The parties updated the Court on the status of this matter.

Within 15 days, the parties shall file into the record a Notice advising the Court of the status of this matter.

Signed in Baton Rouge, Louisiana, on October _14_, 2016.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Cv 38b; T 0:15
Reporter: Gina Delatte-Richard/In Chambers