# RONALD L. WILSON
## ATTORNEY AT LAW

| | |
|---|---|
| Licensed in:<br>Louisiana<br>Colorado<br>Oregon<br>New York<br>Washington, D.C. | 701 Poydras Street<br>Suite 4100<br>New Orleans, Louisiana 70139<br>Phone: [504] 525-4361<br>Fax:    [504] 525-4380<br>E-mail: cabral2@aol.com |

October 31, 2016

Hon. John W. DeGravelles, Judge
United States District Court
Middle District of Louisiana
777 Florida Street - 3rd Floor
Baton rouge, Louisiana 70801

      Re:    North Baton Rouge Matters, et al vs. City of Baton Rouge, Louisiana State Police, et al
             Civil Action No. 3:16-cv-463

Dear Judge deGravelles"

    The parties have met and conferred since the most recent status conference and are pleased to inform the court that substantial progress has been made in confecting a Memorandum of Understanding acceptable to everyone. There are a couple of significant, but not insurmountable, details which have to be worked out, and the parties feel confident that this can be done within the next ten (10) to (15) days. Once accomplished, the parties will execute and file the Memorandum of Understanding into the record.

    A copy of this letter has been forwarded to counsel for all parties, and they concur in its contents.

    We thank the court for its patience and consideration in this matter.

Sincerely.

*[signature]*
RONALD L. WILSON
JUSTIN HARRISON
SIMA ATRI

*[signature]*
PRESTON CASTILLE