UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE MATTERS, ET AL,                    CIVIL ACTION,
                Plaintiff                          NUMBER: 16-463
   -versus-

CITY OF BATON ROUGE, ET AL
                Defendants                        JUDGE:JWD
                                                              MAGISTRATE: RLB

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 31th   day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have elected e-notification by operation of the court's electronic filing system.  I further certify that, on the aforementioned date, I also served a copy of the foregoing letter upon all counsel of record or parties who are non-CM/ECF participants via facsimile and/or via hand delivery and/or the United States mail, postage prepaid and properly addressed.

                                                         /s/ Ronald L. Wilson