UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH BATON ROUGE MATTERS ET AL | : | CIVIL ACTION |
| PLAINTIFFS | : | NO. 3:16-cv-00463-JWD-RLB |
| VERSUS | : | |
| CITY OF BATON ROUGE, ET AL | : | JUDGE JOHN W. DEGRAVELLES |
| DEFENDANTS | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS JR. |

***************************************************************************

**O R D E R**

Considering the foregoing Motion

IT IS ORDERED that Plaintiffs' Motion to Dismiss be and is hereby granted, dismissing all claims and the lawsuit against Defendants, LOUISIANA DEPARTMENT OF PUBLIC SAFETY, LOUISIANA STATE POLICE, COLONEL MICHAEL EDMONDSON, in his official capacity as Superintendent of Louisiana State Police, MELVIN "KIP" HOLDEN, in his official capacity as Mayor of the Parish of East Baton Rouge, EAST BATON ROUGE SHERIFF'S DEPARTMENT, SID J. GAUTREAUX, III, in his official capacity as Sheriff of the East Baton Rouge Parish Sheriff's Department, and CARL DABADIE JR., in his official capacity as City of Baton Rouge Chief of Police (the "Defendants") with prejudice and reserving to each party the right to institute proceedings in this court for violations of the Memorandum of Understanding, which is attached to, and made a part of, the Motion to Dismiss.

IT IS FURTHER ORDERED That each party is to bear HIS/ITS own costs.

Baton Rouge, Louisiana, this 5th day of December, 2016.

UNITED STATES DISTRICT COURT JUDGE